UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:11-CV-128-TBR

RICHARD WARD BRYANT, INDIVIDUALLY AND
ON BEHALF OF THE ESTATE OF KIRA BRYANT, Plaintiff,

v.

DEDRA K. TURNEY, Defendant.

**MEMORANDUM OPINION AND ORDER**

The Plaintiff Richard Ward Bryant filed Objections to Defendant Dedra K. Turney's Witness and Exhibit Lists. (Docket No. 290.) During the pre-trial conference held telephonically on February 5, 2015, the Court addressed these objections with the parties. Specifically, Plaintiff objects to the following witnesses: Chaelim Colson, Holly Averitt, Monique Hubbard, and three Lone Oak Middle school teachers.

After discussion with the parties, the Court OVERRRULES Plaintiff's objection to Defendant's witness Chaelim Colson as Ms. Colson is well known to all of the parties. However, the Court will permit the Plaintiff to take Ms. Colson's deposition prior to trial if he wishes to do so.

With regards to Holly Averitt, the Court SUSTAINS the Plaintiff's objection. While both parties were aware of Ms. Averitt as the owner of the trailer that the Turneys used to transport the motorcycle to Nashville on the weekend of the accident, they were not aware that she had any knowledge of Mr. Turney's alcohol consumption. Because the Defendant did not previously disclose her intent to call Ms. Averitt, she may not do so now.

Concerning Monique Hubbard, the Plaintiff had no knowledge of Defendant's intent to call her as a witness. The Defendant has stated that Ms. Hubbard would testify as to her

knowledge of Mr. Turney's alcohol consumption. As Defendant did not previously disclose her intent to call Ms. Hubbard as a witness, the Plaintiff's objection is SUSTAINED.

Lastly, the Court SUSTAINS Plaintiff's objection to Defendant's inclusion of three Lone Oak Middle school teachers. According to Defendant's counsel these teachers taught Kira prior to her death and would testify as to Mr. Bryant's involvement in her education. As the Defendant did not previously disclose her intent to list Kira's teachers as witnesses, she may not do so now so close to trial.

Allowing the testimony of these witnesses only disclosed on the eve of trial could unduly prejudice the Plaintiff.

**IT IS SO ORDERED.**

cc: Counsel